No. 429. ORTEGA *v.* MAGMA COPPER CO. Jurisdictional statement submitted December 2, 1929. Decided December 9, 1929. *Per Curiam:* Appeal dismissed for the lack of jurisdiction, upon the authority of § 238 of the Judicial Code, as amended by the act of February 13, 1925 (c. 229, 43 Stat. 936, 938). *Mr. Norman B. Landreau* for appellant. No appearance for appellee.

No. 435. THE STATE OF NORTH DAKOTA, DOING BUSINESS AS THE BANK OF NORTH DAKOTA *v.* OLSON, COLLECTOR OF INTERNAL REVENUE. Jurisdictional statement submitted December 2, 1929. Decided December 9, 1929. *Per Curiam:* The appeal herein is dismissed for the lack of jurisdiction, upon the authority of § 240 (b) of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 939). *Mr. James Morris* for appellant. *Solicitor General Hughes* and *Messrs. Seth W. Richardson, Sewall. Key,* and *Morton P. Fisher* for appellee.